

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION

IN THE MATTER OF ROMULO §
ARMENDARIZ §
§ **DR 17 MC 0023**
§
§

## SUPPLEMENTAL ORDER

*United States v. Antonio Bustamante-Huerta*, DR-11-CR-02091(1)-AM, is assigned to the undersigned. (ECF No. 30.) The Defendant in this case, Antonio Bustamante-Huerta, pleaded guilty in Count One to Conspiracy to Illegal Re-Entry Into the United States After Deportation, in violation of 8 U.S.C. § 1326. (ECF Nos. 14 and 26.) On July 25, 2012, the Defendant was sentenced to twenty-seven months' imprisonment with credit for time served since October 19, 2011; however, he was released from custody approximately one year prior to the end of his term of incarceration. (*See* ECF No. 26 at 2.) Consequently, the Court has issued a warrant for the Defendant's arrest. (ECF No. 34.)

The Defendant was released from custody in contravention of the judgment. Accordingly, Romulo Armendariz, Operations Manager at the Designation and Sentence Computation Center of the Federal Bureau of Prisons, located at the U.S. Armed Forces Reserve Complex, 346 Marine Forces Drive, Grand Prairie, Texas 75051, is **ORDERED** to show cause why he should not be held in contempt for violating the judgment by improperly calculating the Defendant's sentence.

Mr. Armendariz is **ORDERED** to appear at a hearing before the Honorable Alia Moses, United States District Judge, sitting in Del Rio, Texas, on **June 1, 2017, at 10:00 a.m.**[1] to show

---

[1] A show cause hearing is already on the Court's docket for this date and time regarding a separate miscalculation in another cause to which Mr. Armendariz was summoned to appear. *See United States v. Ruben Hernandez*, DR-14-CR-01218(1)-AM.

cause why he should not be held in contempt and fined and/or imprisoned for the reasons discussed herein.

**IT IS FURTHER ORDERED** that Mr. Armendariz **BRING A LISTING AND ALL CASE DOCUMENTATION** of the calculation and execution of defendants, for which Mr. Armendariz was responsible, who have been sentenced and/or had their supervised release revoked in the Del Rio Division of the Western District of Texas within the last **FIVE (5) YEARS**. Failure to bring said documentation will result in Mr. Armendariz being held in contempt of court.

**IT IS FURTHER ORDERED** that the clerk's office issue a **SUMMONS** for Mr. Armendariz to appear at the June 1, 2017, hearing to provide testimony to the Court regarding the matters discussed herein. The clerk's office shall deliver the summons to the United States Marshal's Office.

**IT IS FURTHER ORDERED** that the United States Marshal's Office serve Mr. Armendariz with the summons to appear at the June 1, 2017, hearing. The Court requests that the prosecutor for the Government in the aforementioned case prosecute this contempt proceeding.

SIGNED this 4th day of May, 2017.

_____
ALIA MOSES
United States District Judge